

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00107-CV

GARY BRUCE PEEK, Appellant

§ On Appeal from the 271st District Court

§ of Wise County (CV12-04-254)

V.

§ July 29, 2021

§ Memorandum Opinion by Justice Birdwell

LINDA MAYFIELD, Appellee

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's interim judgment. It is ordered that the interim judgment is reversed, and the case is remanded for further proceedings consistent with this opinion.

It is further ordered that Appellee Linda Mayfield shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell